(111 So. 201)

James N. NIXON v. Frank PIERCE.
(8 Div. 918.)

(Supreme Court of Alabama. Jan. 13, 1927.)

Certiorari to Court of Appeals.

J. A. Lusk, of Guntersville, for petitioner.
W. C. Rayburn, of Guntersville, opposed.

GARDNER, J. Petition of James N. Nixon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Nixon v. Pierce, 21 Ala. App. 591, 111 So. 200.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.